Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| BERTICA RUBIO, M.D., | Case No: EDCV08-00594 SGL (OPx) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; and SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP PLAN 509, | |
| Defendant | |

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 2/9/09

STEPHEN G. LARSON
Judge of the U.S. District Court

- 1 -
ORDER RE DISMISSAL